# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees for Dr. Brian Johnson, School of Criminal Justice Grand Valley State University | ) ) ) ) | Miscellaneous Business Docket No. 17-mc-91181-PBS |

## ORDER

This matter is before the Court upon the application and request by Dr. Brian R. Johnson, Grand Valley State University, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Dr. Brian Johnson, an individual researcher associated with an education institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. He is applying to conduct legal research on various aspects of criminal justice for educational purposes.

Dr. Brian Johnson has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Dr. Brian Johnson shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. Dr. Johnson shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Dr. Brian Johnson and his designated research assistant and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Dr. Brian Johnson agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. This exemption is valid from the date below through December 31, 2017.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: June 19, 2017

Patti B. Saris, Chief Judge